THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SONNY JOYCE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., ANDREW R. JASSY, JEFFREY P. BEZOS, BRIAN T. OLSAVSKY, DAVID A. ZAPOLSKY, and NATE SUTTON,<br><br>Defendants, | Case No.: 2:22-cv-00617-JHC<br><br>**STIPULATED MOTION AND ORDER ACCEPTING SERVICE OF PROCESS AND EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>**NOTE ON MOTION CALENDAR:**<br>**MAY 31, 2022** |

**STIPULATED MOTION ACCEPTING SERVICE OF PROCESS AND EXTENDING TIME TO RESPOND TO COMPLAINT**

**WHEREAS,** On May 6, 2022, Plaintiff Sonny Joyce, individually and on behalf of all others similarly situated, filed a putative securities class action complaint (the "Complaint") against defendants Amazon.com, Inc., Andrew R. Jassy, Jeffrey P. Bezos, Brian T. Olsavsky, David A. Zapolsky, and Nate Sutton (collectively, "Defendants");

**WHEREAS**, no Defendant has been served with the Complaint;

**WHEREAS**, this putative class action asserts federal securities claims arising under the Securities Exchange Act of 1934, which is governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4 et seq.;

STIPULATION REGARDING SERVICE
AND RESPONSE DEADLINE
CASE NO.: 2:22-CV-00617-JHC
- 1 -
Fenwick & West LLP
1191 Second Avenue, 10th Floor
Seattle, Washington 98101

**WHEREAS**, the PSLRA provides a procedure for the appointment by the Court of a lead plaintiff and lead counsel to represent the putative class pursuant to motion practice, for which opening briefs are due to be filed no later than July 5, 2022, *see* 15 U.S.C. § 78u-4(a)(3);

**WHEREAS**, lead plaintiff and lead counsel will not be appointed until after the completion of briefing on any lead plaintiff motions, and accordingly it is unclear at this time who will ultimately have the authority to act on behalf of plaintiff and the putative class, and whether the court-appointed lead plaintiff will file an amended complaint, a consolidated complaint, or stand on the existing Complaint filed herein;

**WHEREAS**, no party has previously requested or received time for an extension to answer or otherwise respond to the Complaint in the above-captioned action; and

**WHEREAS**, in order to avoid unnecessary expense to the parties and unnecessary expenditure of time by the Court prior to the appointment of lead plaintiff and lead counsel and the filing of an amended complaint, a consolidated complaint, or the designation of an operative complaint, the parties have agreed, subject to the Court's approval, to set a schedule for the filing of an amended or consolidated (or designation of an operative) complaint and Defendants' responses thereto.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, and subject to Court approval, that:

1. Undersigned counsel for Defendants are authorized to accept, and hereby do accept effective as of the date of this Order, service of the summons and Complaint in this matter on behalf of Defendants, without prejudice and without waiver of any of Defendants' defenses, objections, or arguments, except as to sufficiency of service of process.

2. Defendants are not required to answer, move against, or otherwise respond to the Complaint unless it is designated as the operative complaint by the Court-appointed lead plaintiff under the schedule below.

3. The Court-appointed lead plaintiff shall have sixty (60) days after appointment to file an amended or consolidated complaint or, alternatively, to designate the initial Complaint as the operative complaint

4. Defendants shall answer, move against, or otherwise respond to the operative complaint within sixty (60) days after the Court-appointed lead plaintiff (a) files an amended or consolidated complaint, or (b) designates the initial Complaint as the operative complaint herein.

5. The Court-appointed lead plaintiff shall have sixty (60) days to oppose any motions Defendants may file to dismiss the operative complaint.

6. Defendants' replies shall be due forty-five (45) days after the filing of the Court-appointed lead plaintiff's opposition papers.

7. The provisions in this Stipulation shall apply to this action and any other action on behalf of a class asserting substantially the same claim or claims that is subsequently filed and coordinated or consolidated with this action.

Dated:  May 31, 2022           Respectfully submitted,

FENWICK & WEST LLP

By: */s/ Brian D. Buckley*
    Brian D. Buckley, WSBA No. 26423
    1191 Second Avenue, 10th Floor
    Seattle, WA  98101
    Telephone:     206.389.4510
    Email:         bbuckley@fenwick.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Daniel J. Kramer (*pro hac vice* forthcoming)
Audra J. Soloway (*pro hac vice* forthcoming)
Daniel S. Sinnreich (*pro hac vice* forthcoming)
1285 Avenue of the Americas
New York, NY  10019
Telephone:     212.373.3000
Email:         dkramer@paulweiss.com
               asoloway@paulweiss.com
               dsinnreich@paulweiss.com

Martha L. Goodman(*pro hac vice* forthcoming)
2001 K Street NW
Washington, DC  20006
Telephone:     202.223.7341
Email:         mgoodman@paulweiss.com

*Attorneys for Defendants*

STIPULATION REGARDING SERVICE
AND RESPONSE DEADLINE
CASE NO.: 2:22-CV-00617-JHC

- 3 -

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101

BADGLEY MULLINS TURNER PLLC

By:  */s/ Duncan C. Turner*
Duncan C. Turner, WSBA No. 20597
19929 Ballinger Way NE, Suite 200
Seattle, WA  98155
Telephone:  206.621.6566
Email:  dturner@badgleymullins.com

POMERANTZ LLP

Jeremy A. Lieberman (*pro hac vice* forthcoming)
J. Alexander Hood II (*pro hac vice* forthcoming)
600 Third Avenue
New York, NY 10016
Telephone:  212.661.1100
Email:  jalieberman@pomlaw.com
       ahood@pomlaw.com

Jennifer Pafiti (*pro hac vice* forthcoming)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA  90024
Telephone:  310.405.7190
Email:  jpafiti@pomlaw.com

*Attorneys for Plaintiff*

**SO ORDERED**.

Dated this    1st    day of June, 2022.

_____
THE HONORABLE JOHN H. CHUN
United States District Judge

Presented by:

FENWICK & WEST LLP

By: */s/ Brian D. Buckley*
Brian D. Buckley, WSBA No. 26423
1191 Second Avenue, 10th Floor
Seattle, WA  98101
Telephone:  206.389.4510
Facsimile:  206.389.4511
Email:  bbuckley@fenwick.com

*Attorneys for Defendants*

STIPULATION REGARDING SERVICE
AND RESPONSE DEADLINE
CASE NO.: 2:22-CV-00617-JHC

- 4 -

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON  98101