THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

---

| | | |
|---|---|---|
| SONNY JOYCE, Individually and on Behalf of All Others Similarly Situated, | : | No.: 2:22-cv-00617 |
| Plaintiff, | : | **DECLARATION OF CHRISTOPHER F. MORIARTY IN SUPPORT OF UNIVERSAL-INVESTMENT-GESELLSCHAFT MBH AND UNIVERSAL-INVESTMENT-LUXEMBOURG S.A.'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL** |
| v. | : | |
| AMAZON.COM, INC., ANDREW R. JASSY, JEFFREY P. BEZOS, BRIAN T. OLSAVSKY, DAVID A. ZAPOLSKY, and NATE SUTTON, | : | |
| Defendants. | : | |

---

I, Christopher F. Moriarty, declare as follows:

1. I am a member of the law firm of Motley Rice LLC, counsel for proposed Lead Plaintiff Universal-Investment-Gesellschaft MBH and Universal-Investment-Luxembourg S.A. ("Universal") in the above-captioned action. I make this declaration in support of Universal's Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached hereto are true and correct copies of the following exhibits:

Exhibit A: Notice of pendency of class action published in *GlobeNewswire*, a national business-oriented wire service, on May 6, 2022;

Exhibit B: Universal's sworn certifications;

Exhibit C: Universal's loss charts; and

Exhibit D: Motley Rice LLC's Shareholder and Securities Fraud resume.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of July, 2022 at Mount Pleasant, South Carolina.

                                            *s/ Christopher F. Moriarty*
                                            Christopher F. Moriarty