1
2
3
4
5
6

THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SONNY JOYCE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., ANDREW R. JASSY, JEFFREY P. BEZOS, BRIAN T. OLSAVSKY, DAVID A. ZAPOLSKY, and NATE SUTTON,<br><br>Defendants, | Case No.: 2:22-cv-00617-JHC<br><br>**NOTICE OF RELATED CASES** |

PLEASE TAKE NOTICE THAT, pursuant to Local Civil Rule 3(g), Defendants Amazon.com, Inc., Andrew R. Jassy, Jeffrey P. Bezos, Brian T. Olsavsky, David A. Zapolsky, and Nate Sutton hereby give notice that the following actions are related to this action.

| Case Name | Case Number and Location | Judge | Date Filed |
|---|---|---|---|
| *Asbestos Workers Philadelphia Welfare and Pension Fund v. Amazon.com, Inc., et al.* | Case No. 2:22-cv-00934-JCC (W.D. Wash.) | Hon. John C. Coughenour | July 6, 2022 |
| *Detectives Endowment Association Annuity Fund v. Amazon.com, Inc., et al.* | Case No. 2:22-cv-00950-JRC (W.D. Wash.) | Hon. J. Richard Creatura | July 8, 2022 |

*Asbestos Workers* and *Detectives* are related to this case because the three cases "concern substantially the same parties, property, transaction, or event." LCR 3(g)(4)(A). All three cases are putative class actions asserting securities fraud claims under Section 10(b) of the Exchange Act against common defendants Amazon.com, Jassy, and Olsavsky, and under Section 20(a) of the Exchange Act against common defendants Jassy and Olsavsky.

In addition, the class periods of these cases substantially overlap. Almost the entirety of the class period alleged in *Asbestos Workers* and *Detectives*—July 30, 2021 to April 28, 2022—falls within the period alleged in *Joyce*: February 1, 2019, to April 5, 2022. As a result, the putative class members in this case substantially overlap with the putative class members in *Asbestos Workers* and *Detectives*. The substantial overlap in class periods, plaintiffs, and defendants, as well as anticipated factual disputes about the causes of any alleged inflation in Amazon's stock price during the relevant time periods, further support that these cases are related. *See* LCR 3(g)(4)(B) (duplication of labor and expense and potential for conflicting results are reasons to relate cases).

While the complaints set forth different theories of alleged fraud—here, concerning Amazon's alleged use of third-party seller data, and in *Asbestos Workers* and *Detectives*, concerning Amazon's fulfillment capacity—the three complaints rely on at least one common event: alleged misstatements on Amazon's 4th quarter 2021 earnings call. In particular, all of

these cases allege that defendants' public statements on that call artificially inflated Amazon's stock price, damaging Amazon shareholders. *Joyce* Compl. ¶ 54; *Asbestos Workers* Compl. ¶¶ 32–34; *Detectives* Compl. ¶¶ 36–38.

Finally, Plaintiffs' counsel in *Detectives* appear to agree that the cases are related. Those same counsel recently filed in this District (and then voluntarily dismissed) a lawsuit captioned *CWA Local 1180 Members' Annuity Fund v. Amazon.com, Inc.*, No. 2:22-cv-00907. That suit brought securities fraud claims related to both Amazon's alleged use of third-party seller data and Amazon's fulfillment capacity. In other words, the *CWA Local*/*Detectives* counsel brought claims based on the same fraud theories alleged in *Joyce*, *Asbestos Workers*, and *Detectives* and based on the same alleged misstatements that remain at issue in the three pending lawsuits.

Dated: July 11, 2022

Respectfully submitted,

FENWICK & WEST LLP

By: */s/ Brian D. Buckley*
Brian D. Buckley, WSBA No. 26423

1191 Second Avenue, 10th Floor
Seattle, WA 98101
Telephone:    206.389.4510
Email:    bbuckley@fenwick.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Daniel J. Kramer (admitted *pro hac vice*)
Audra J. Soloway (admitted *pro hac vice*)
Daniel S. Sinnreich (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019
Telephone:    212.373.3000
Email:    dkramer@paulweiss.com
         asoloway@paulweiss.com
         dsinnreich@paulweiss.com

Martha L. Goodman (admitted *pro hac vice*)
2001 K Street NW
Washington, DC 20006
Telephone:    202.223.7341
Email:    mgoodman@paulweiss.com

*Attorneys for Defendants*