THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SONNY JOYCE, Individually and On Behalf of All Others Similarly Situated,<br><br>                        Plaintiff,<br><br>   v.<br><br>AMAZON.COM, INC., ANDREW R. JASSY, JEFFREY P. BEZOS, BRIAN T. OLSAVKSY, DAVID A. ZAPOLSKY, and, NATE SUTTON,<br><br>                       Defendants. | No.: 2:22-cv-00617-JHC<br><br>**NOTICE OF JERRY HANNAH NON-OPPOSITION TO COMPETING LEAD PLAINTIFF MOTIONS**<br><br>NOTE ON MOTION CALENDAR:<br>July 15, 2022 |

Jerry Hannah's Notice of Non-Opposition to
Competing Lead Plaintiff Motions

TERRELL MARSHALL LAW GROUP PLLC
936 N. 34th Street, Suite 300
Seattle, Washington 98103
(206) 816-6603

1 | Jerry Hannah ("Movant") respectfully submits this non-opposition to competing motions filed in the above captioned actions for appointment as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"). After reviewing the competing motions for Lead Plaintiff, it appears that Movant does not possess the largest financial interest among the movants.

Movant's non-opposition shall have no effect on, and is without prejudice to, his rights as a member of the proposed class, including, but not limited to, the right to share in any recovery from the resolution of this litigation through settlement, judgment, or otherwise. However, should the Court determine that any of the other movants with larger financial interests are incapable and/or inadequate to serve as Lead Plaintiff, Movant is ready, willing and able to assume the role and take on all the responsibilities of Lead Plaintiff on behalf of the proposed class.

Dated: July 14, 2022

Respectfully submitted,

**TERRELL MARSHALL LAW GROUP PLLC**

By: <u>/s/ Adrienne McEntee</u>
    Adrienne McEntee, WSBA #34061
    936 N. 34th Street, Suite 300
    Seattle, WA 98103
    Telephone: 206-816-6603
    Facsimile: 206-319-5450
    Email: amcentee@terrellmarshall.com

James M. Wilson, Jr.
Robert W. Killorin
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email: jwilson@faruqilaw.com
Email: rkillorin@faruqilaw.com

*Attorneys for Jerry Hannah*

Jerry Hannah's Notice of Non-Opposition to
Competing Lead Plaintiff Motions - 1

TERRELL MARSHALL LAW GROUP PLLC
936 N. 34th Street, Suite 300
Seattle, Washington 98103
(206) 816-6603