THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| SONNY JOYCE, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>AMAZON.COM, INC., ANDREW R. JASSY, JEFFREY P. BEZOS, BRIAN T. OLSAVKSY, DAVID A. ZAPOLSKY, and NATE SUTTON,<br><br>　　　　　　　Defendants. | CLASS ACTION<br><br>Case No.: 2:22-cv-00617-JHC<br><br>**STIPULATED MOTION AND ORDER CONSOLIDATING RELATED ACTIONS**<br><br>**NOTE ON MOTION CALENDAR: AUGUST 17, 2022** |
| ASBESTOS WORKERS PHILADELPHIA WELFARE AND PENSION FUND, on behalf of itself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>AMAZON.COM, INC., ANDREW R. JASSY, BRIAN T. OLSAVSKY, and DAVID FILDES,<br><br>　　　　　　　Defendants. | CLASS ACTION<br><br>Case No.: 2:22-cv-00934-JHC<br><br>**STIPULATED MOTION AND ORDER CONSOLIDATING RELATED ACTIONS**<br><br>**NOTE ON MOTION CALENDAR: Noticed for same-day motion under Local Civil Rule 7(d)(1) in Case No.: 2:22-cv-00617-JHC** |

STIPULATION
(CASE NOS. 2:22-CV-00617-JHC,
 2:22-CV-00934-JHC, 2:22-CV-00950-JHC)

| | |
|---|---|
| DETECTIVES ENDOWMENT ASSOCIATION ANNUITY FUND, Individually and On Behalf of All Others Similarly situated,<br><br>                Plaintiff,<br><br>   v.<br><br>AMAZON.COM, INC., ANDREW R. JASSY, BRIAN T. OLSAVSKY, and DAVID FILDES,<br><br>                Defendants. | CLASS ACTION<br><br>Case No.: 2:22-cv-00950-JHC<br><br>**STIPULATED MOTION AND ORDER CONSOLIDATING RELATED ACTIONS**<br><br>**NOTE ON MOTION CALENDAR: Noticed for same-day motion under Local Civil Rule 7(d)(1) in Case No.: 2:22-cv-00617-JHC** |

STIPULATION
(Case Nos. 2:22-cv-00617-JHC,
 2:22-cv-00934-JHC, 2:22-cv-00950-JHC)

**WHEREAS,** on May 6, 2022, the above-captioned putative securities class action *Joyce v. Amazon.com, Inc.*, 2:22-cv-00617 ("*Joyce*") was filed against Defendants Amazon.com, Inc. ("Amazon"), Andrew R. Jassy ("Jassy"), Jeffrey P. Bezos, Brian T. Olsavsky ("Olsavsky"), David A. Zapolsky, and Nate Sutton, asserting claims under Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") (*Joyce* Dkt. No. 1);

**WHEREAS**, the claims alleged in *Joyce* arise from alleged misrepresentations and omissions concerning Amazon's alleged use of third-party seller data (the "Third Party Seller Allegations"), and allege a putative Class Period of February 1, 2019 through April 4, 2022, inclusive (*Joyce* Dkt. No. 1);

**WHEREAS**, on May 31, 2022, the parties in *Joyce* filed a stipulation concerning deadlines for filing an amended or consolidated complaint, and deadlines for Defendants to respond to any amended or consolidated complaint (*Joyce* Dkt. No. 5), which the Court approved on June 1, 2022 (*Joyce* Dkt. No. 11);

**WHEREAS**, on June 28, 2022, the putative securities class action *CWA Local 1180 Members' Annuity Fund v. Amazon.com, Inc.*, 2:22-cv-00907 ("*CWA Local*") was filed against the same Defendants as named in *Joyce*, asserting Section 10(b) claims under the Exchange Act and asserting the same Third Party Seller Allegations asserted in *Joyce*, as well as additional Section 10(b) claims relating to the capacity of Amazon's fulfillment network (the "Capacity Allegations"), and alleging a putative Class Period of February 1, 2019 through April 28, 2022, inclusive (*CWA Local* Dkt. No. 1);

**WHEREAS**, on June 30, 2022, Plaintiff in *CWA Local* filed a Notice of Voluntary Dismissal of that action (*CWA Local* Dkt. No. 10);

**WHEREAS,** on July 6, 2022, the above-captioned putative securities class action *Asbestos Workers Philadelphia Welfare and Pension Fund v. Amazon.com, Inc., et al.*, 2:22-cv-00934-JHC ("*Asbestos Workers*") was filed against Defendants Amazon, Jassy, Olsavsky, and David Fildes, asserting Section 10(b) claims under the Exchange Act (*Asbestos Workers* Dkt. No. 1), arising from

STIPULATION - 1
(CASE NOS. 2:22-CV-00617-JHC,
 2:22-CV-00934-JHC, 2:22-CV-00950-JHC)

the Capacity Allegations previously asserted in *CWA Local*, and alleging a putative Class Period of July 30, 2021 through April 28, 2022, inclusive (*Asbestos Workers* Dkt. No. 1);

**WHEREAS**, on July 6, 2022, counsel for Plaintiff in *Asbestos Workers* published a notice, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), advising members of the putative class in *Asbestos Workers* of a September 6, 2022 deadline to seek appointment as Lead Plaintiff in that action (the "Notice of Pendency");

**WHEREAS,** on July 8, 2022, the above-captioned putative securities class action *Detectives Endowment Association Annuity Fund v. Amazon.com, Inc., et al.*, 2:22-cv-0095-JHC ("*Detectives*") (together with *Joyce* and *Asbestos Workers*, the "Related Actions") was filed against the same Defendants as named in *Asbestos Workers*, asserting Section 10(b) claims premised on the Capacity Allegations under the Exchange Act (*Detectives* Dkt. No. 1);

**WHEREAS,** on July 22, 2022, pursuant to the PSLRA, the Court entered an Order appointing Universal-Investment-Gesellschaft mbH, Universal-Investment-Luxembourg S.A., Menora Mivtachim Insurance Ltd., Menora Mivtachim Pensions and Gemel Ltd., The Phoenix Insurance Company, Ltd., and The Phoenix Provident Pension Fund Ltd. as Lead Plaintiffs in *Joyce* (*Joyce* Dkt. No. 55);

**WHEREAS,** the parties agree that the Related Actions allege violations of the same law, Section 10(b) and 20(a) of the Exchange Act; share some defendants in common (namely, Amazon, Jassy, and Olsavsky); and reflect overlap in the alleged putative Class Periods and thus members (*i.e.* July 31, 2021 to April 4, 2022, inclusive), which supports the consolidation of the Related Actions (without prejudice to Defendants' position that the Third-Party Seller Allegations and Capacity Allegations reflect distinct theories of alleged fraud);

**WHEREAS,** the parties agree that consolidation is warranted under Federal Rule of Civil Procedure ("F.R.C.P.") 42(a) and will benefit the Court and the parties involved by decreasing the amount of duplicative discovery, research, and motions practice that would result if the Related Actions proceeded independently;

STIPULATION - 2
(CASE NOS. 2:22-CV-00617-JHC,
 2:22-CV-00934-JHC, 2:22-CV-00950-JHC)

, the parties agree that, upon consolidation of the Court of the Related Actions, Lead Plaintiffs will file a consolidated amended complaint that will include both the Third Party Seller Allegations and the Capacity Allegations;

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel, and subject to Court approval, that:

1. Pursuant to F.R.C.P. 42(a), the Related Actions (*Joyce*, *Asbestos Workers*, and *Detectives*) are hereby consolidated for all purposes. All claims alleged therein shall proceed under the leadership of the Lead Plaintiffs previously appointed in the *Joyce* Action. All future pleadings related to any of the above-entitled matters shall bear the consolidated caption of this order and shall be filed solely in case number C22-0617JHC.

2. These actions shall be referred to herein as the "Consolidated Action." This Order shall apply to the Consolidated Action and to each case that is subsequently filed in this Court which arises from the Third Party Seller Allegations or the Capacity Allegations, or substantially similar allegations, as in the Consolidated Action.

3. The Notice of Pendency of *Asbestos Workers* is hereby vacated. No further appointment of Lead Plaintiff(s) pursuant to the PSLRA is warranted in *Asbestos Workers*, *Detectives*, or any other case that is subsequently filed in this Court that arises from the Third Party Seller Allegations or the Capacity Allegations, or substantially similar allegations, as the Consolidated Action.

4. The deadlines for Lead Plaintiffs to file, in the Consolidated Action, a consolidated amended complaint consistent with the parties' agreements set forth in this Stipulated Motion, and for Defendants to respond to such complaint, shall be the deadlines set in this Court's order of June 1, 2022 (*Joyce* Dkt. No. 11).

STIPULATION - 3
(CASE NOS. 2:22-CV-00617-JHC,
 2:22-CV-00934-JHC, 2:22-CV-00950-JHC)

| | | |
|---|---|---|
| 1 | **BRESKIN, JOHNSON & TOWNSEND, PLLC** | |
| 2 | */s/ Roger M. Townsend* | |
| 3 | Roger M. Townsend (WSBA #25525) | |
| 4 | rtownsend@bjtlegal.com<br>1000 Second Avenue, Suite 3670 | |
| 5 | Seattle, WA 98104<br>Telephone: (206) 652-8660 | |
| 6 | Facsimile: (206) 652-290 | |
| 7 | *Local Counsel for Universal-Investment-* | |
| 8 | *Gesellschaft mbH and Universal-Investment-Luxembourg S.A.* | |
| 9 | | |
| 10 | **MOTLEY RICE LLC** | **POMERANTZ LLP** |
| 11 | */s/ Gregg S. Levin* | */s/ Jeremy A. Lieberman* |
| 12 | Gregg S. Levin<br>glevin@motleyrice.com | Jeremy A. Lieberman<br>jalieberman@pomlaw.com |
| 13 | Joshua C. Littlejohn<br>jlittlejohn@motleyrice.com | J. Alexander Hood II<br>ahood@pomlaw.com |
| 14 | Christopher F. Moriarty<br>cmoriarty@motleyrice.com | 600 Third Avenue<br>New York, New York 10016 |
| 15 | 28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29464 | Telephone: (212) 661-1100<br>Facsimile: (212) 661-8665 |
| 16 | Telephone: (843) 216-9000 | |
| 17 | Facsimile: (843) 216-9450 | **POMERANTZ LLP**<br>Orly Guy |
| 18 | *Counsel for Universal-Investment-* | oguy@pomlaw.com |
| 19 | *Gesellschaft mbH and Universal-Investment-Luxembourg S.A. and Co-Lead Counsel for* | Eitan Lavie<br>eitan@pomlaw.com |
| 20 | *the Class in Joyce* | Ariel Shannon 4, 34th Floor<br>Givatayim, Israel 5320047 |
| 21 | | Telephone: +972 (0) 3 624 0240<br>Facsimile: +972 (0) 3 624 0111 |
| 22 | | |
| 23 | | *Counsel for Menora Mivtachim Insurance Ltd., Menora Mivtachim Pensions and* |
| 24 | | *Gemel Ltd., The Phoenix Insurance Company, Ltd., and The Phoenix Provident* |
| 25 | | *Pension Fund Ltd. and Co-Lead Counsel for the Class in Joyce* |
| 26 | | |
| 27 | | |
| 28 | | |

STIPULATION - 4
(CASE NOS. 2:22-CV-00617-JHC,
 2:22-CV-00934-JHC, 2:22-CV-00950-JHC)

|   |   |
|---|---|
|   | **BADGLEY MULLINS TURNER PLLC** |
|   | /s/ *Duncan C. Turner* |
|   | Duncan C. Turner, WSBA No. 20597 |
|   | dturner@badgleymullins.com |
|   | 19929 Ballinger Way NE, Suite 200 |
|   | Seattle, WA 98155 |
|   | Telephone: (206) 621-6566 |
|   |   |
|   | *Local Counsel for Menora Mivtachim Insurance Ltd., Menora Mivtachim Pensions and Gemel Ltd., The Phoenix Insurance Company, Ltd., and The Phoenix Provident Pension Fund Ltd.* |
| **TOUSLEY BRAIN STEPHENS PLLC** | **BARRACK, RODOS & BACINE** |
| /s/ *Kim D. Stephens* | STEPHEN R. BASSER |
| Kim D. Stephens, P.S., WSBA #11984 | SAMUEL M. WARD |
| Cecily C. Jordan, WSBA #50061 | 600 West Broadway, Suite 900 |
| 1200 Fifth Avenue, Suite 1700 | San Diego, CA 92101 |
| Seattle, WA 98101 | sbasser@barrack.com |
| Tel: (206) 682-5600 | sward@barrack.com |
| Fax: (206) 682-2992 | Telephone: (619) 230-0800 |
| kstephens@tousley.com | Facsimile: (619) 230-1874 |
| cjordan@tousley.com |   |
|   | -and- |
| *Counsel for the Detectives Endowment Association Annuity Fund* |   |
|   | **BARRACK, RODOS & BACINE** |
|   | JEFFREY A. BARRACK |
|   | 3300 Two Commerce Square |
|   | 2001 Market Street |
|   | Philadelphia, PA 19103 |
|   | E-mail: jbarrack@barrack.com |
|   | Telephone: (215) 963-0600 |
|   | Facsimile: (215) 963-0838 |
|   |   |
|   | *Counsel for the Detectives Endowment Association Annuity Fund* |

STIPULATION - 5
(Case Nos. 2:22-cv-00617-JHC,
 2:22-cv-00934-JHC, 2:22-cv-00950-JHC)

| | |
|---|---|
| **BYRNES KELLER CROMWELL LLP**<br>*/s/ John A. Tondini*<br>John A. Tondini, WSBA #19092<br>1000 Second Avenue, 38th Floor<br>Seattle, Washington 98104<br>Telephone: (206) 622-2000<br>Facsimile: (206) 622-2522<br>Email:  jtondini@byrneskeller.com<br><br>*Liaison Counsel for Plaintiff Asbestos Workers Philadelphia Welfare and Pension Fund* | **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**<br>Avi Josefson<br>avi@blbglaw.com<br>Adam Hollander<br>adam.hollander@blbglaw.com<br>Scott R. Foglietta<br>scott.foglietta@blbglaw.com<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 554-1400<br>Fax: (212) 554-1444<br><br>*Counsel for Plaintiff Asbestos Workers Welfare and Philadelphia Pension Fund* |
| **FENWICK & WEST LLP**<br>*/s/ Brian D. Buckley*<br>Brian D. Buckley, WSBA No. 26423<br>1191 Second Avenue, 10th Floor<br>Seattle, WA 98101<br>Telephone:  206.389.4510<br>Email: bbuckley@fenwick.com<br><br>*Attorneys for Defendants* | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>Daniel J. Kramer (admitted *pro hac vice*)<br>Audra J. Soloway (admitted *pro hac vice*)<br>Daniel S. Sinnreich (admitted *pro hac vice*)<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Telephone:  212.373.3000<br>Email: dkramer@paulweiss.com<br>          asoloway@paulweiss.com<br>          dsinnreich@paulweiss.com<br><br>Martha L. Goodman (admitted *pro hac vice*)<br>2001 K Street NW<br>Washington, DC 20006<br>Telephone: 202.223.7341<br>Email: mgoodman@paulweiss.com<br><br>*Attorneys for Defendants* |

**SO ORDERED.**

Dated this 17th day of August, 2022.

_____
THE HONORABLE JOHN H. CHUN
United States District Judge

STIPULATION - 6
(Case Nos. 2:22-cv-00617-JHC,
 2:22-cv-00934-JHC, 2:22-cv-00950-JHC)