|   |   |
|---|---|
| | THE HONORABLE JOHN H. CHUN |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SONNY JOYCE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., ANDREW R. JASSY, JEFFREY P. BEZOS, BRIAN T. OLSAVSKY, DAVID A. ZAPOLSKY, and NATE SUTTON,<br><br>Defendants, | Case No.: 2:22-cv-00617-JHC<br><br>(CONSOLIDATED CASE)<br><br>**STIPULATED MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEFING WITH RESPECT TO DEFENDANTS' MOTION TO DISMISS CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>**NOTED ON MOTION CALENDAR:**<br>November 7, 2022 |
| ASBESTOS WORKERS PHILADELPHIA WELFARE AND PENSION FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., ANDREW R. JASSY, BRIAN T. OLSAVSKY, and DAVID FILDES,<br><br>Defendants. | |

DETECTIVES ENDOWMENT
ASSOCIATION ANNUITY FUND,
Individually and On Behalf of All Others
Similarly situated,

    Plaintiff,

  v.

AMAZON.COM, INC., ANDREW R. JASSY,
BRIAN T. OLSAVSKY, and DAVID
FILDES,

    Defendants.

Pursuant to Local Rule 7(f), Defendants Amazon.com, Inc., Jeffrey P. Bezos, Andrew R. Jassy, Brian T. Olsavsky, David A. Zapolsky, Nate Sutton, and David Fildes, and Lead Plaintiffs Universal-Investment-Gesellschaft mbH, Universal-Investment-Luxembourg S.A., Menora Mivtachim Insurance Ltd., Menora Mivtachim Pensions and Gemel Ltd., The Phoenix Insurance Company, Ltd., and The Phoenix Provident Pension Fund Ltd., and Plaintiffs Asbestos Workers Philadelphia Welfare and Pension Fund, and Detectives Endowment Association Annuity Fund respectfully request that the Court grant the parties leave to file over-length briefing in connection with Defendants' forthcoming motion to dismiss the Consolidated Class Action Complaint (the "Consolidated Complaint") (Dkt. No. 70).

On August 17, 2022, pursuant to a stipulation between the parties, this Court ordered the consolidation of three putative securities class actions: (i) *Joyce v. Amazon.com, Inc., et al.*, 2:22-cv-00617 ("*Joyce*"); (ii) *Asbestos Workers Philadelphia Welfare and Pension Fund v. Amazon.com, Inc., et al.*, 2:22-cv-00934 ("*Asbestos Workers*"); and (iii) *Detectives Endowment Association Annuity Fund v. Amazon.com, Inc., et al.*, 2:22-cv-00950-JHC ("*Detectives*"). (*See* Consolidation Order, Dkt. No. 58.) The claims in *Joyce* arose from alleged misrepresentations and omissions concerning Amazon's alleged use of third-party seller data (the "Third Party Seller Allegations"); the claims in *Asbestos Workers* and *Detectives* arose from alleged

misrepresentations and omissions concerning the capacity of Amazon's fulfillment network (the "Capacity Allegations). (*See id.*)

Plaintiffs' 173-page Consolidated Complaint asserts claims for alleged violations of Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") and associated Rule 10b-5, and Section 20(a) of the Exchange Act. The 532 paragraphs in the Consolidated Complaint allege 48 misrepresentations and omissions concerning the Third Party Seller Allegations and 10 additional misrepresentations and omissions concerning the Capacity Allegations. In anticipation of Defendants' motion to dismiss, counsel for the parties met and conferred regarding the appropriate number of pages for the parties to adequately brief that motion. Given the breadth and complexity of the allegations, claims, and legal arguments involved, and the consolidation of three cases resulting in the Consolidated Complaint, the parties agree and submit that the standard page limits under Local Rule 7(e) will not allow the parties to adequately cover all of the issues. Accordingly, the parties respectfully request that the Court modify the page limitations for the briefing associated with Defendants' forthcoming motion to dismiss as follows:

| Briefing | Additional pages requested | Total page limit |
| --- | --- | --- |
| Defendants' opening brief | 21 | 45 |
| Plaintiffs' opposition brief | 21 | 45 |
| Defendants' reply brief | 10 | 22 |

Dated: November 7, 2022   Respectfully submitted,

FENWICK & WEST LLP

By: /s/ *Brian D. Buckley*
Brian D. Buckley, WSBA No. 26423
1191 Second Avenue, 10th Floor
Seattle, WA 98101
Telephone:   206.389.4510
Email:   bbuckley@fenwick.com

|   |   |
|---|---|
| 1 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 2 | |
| 3 | Daniel J. Kramer<br>Audra J. Soloway<br>Daniel S. Sinnreich |
| 4 | 1285 Avenue of the Americas<br>New York, NY  10019 |
| 5 | Telephone:     212.373.3000<br>Email:            dkramer@paulweiss.com |
| 6 | asoloway@paulweiss.com<br>dsinnreich@paulweiss.com |

Martha L. Goodman
2001 K Street NW
Washington, DC  20006
Telephone:     202.223.7341
Email:            mgoodman@paulweiss.com

*Attorneys for Defendants*

BRESKIN, JOHNSON & TOWNSEND, PLLC

By: */s/ Roger M. Townsend*
    Roger M. Townsend, WSBA No. 25525
    1000 Second Avenue, Suite 3670
    Seattle, WA  98104
    Telephone:     206.652.8660
    Email:            rtownsend@bjtlegal.com

MOTLEY RICE LLC

Gregg S. Levin
William S. Norton
Joshua C. Littlejohn
Christopher F. Moriarty
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464
Telephone:     843.216.9000
Email:            glevin@motleyrice.com
                      bnorton@motleyrice.com
                      jlittlejohn@motleyrice.com
                      cmoriarty@motleyrice.com

POMERANTZ LLP

Jeremy A. Lieberman
Emma Gilmore
Dolgora Dorzhieva
Villi Shteyn
600 Third Avenue
New York, NY 10016

|   |   |
|---|---|
| Telephone: | 212.661.1100 |
| Email: | jalieberman@pomlaw.com |
|   | egilmore@pomlaw.com |
|   | ddorzhieva@pomlaw.com |
|   | vshteyn@pomlaw.com |

Orly Guy
Eitan Lavie
Ariel Shannon 4, 34th Floor
Givatayim, Israel  5320047
Telephone:  +972 (0) 3 624 0240
Email:  oguy@pomlaw.com
eitan@pomlaw.com

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

James A. Harrod
Adam Hollander
Brendan Walden
1251 Avenue of the Americas
New York, NY  10020
Telephone:  212.554.1400
Email:  jim.harrod@blbglaw.com
adam.hollander@blbglaw.com
brendan.walden@blbglaw.com

BARRACK, RODOS & BACINE

Stephen R. Basser
Samuel M. Ward
600 West Broadway, Suite 900
San Diego, CA  92101
Telephone:  619.230.0800
Email:  sbasser@barrack.com
sward@barrack.com

Jeffrey A. Barrack
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA  19103
Telephone:  215.963.0600
Email:  jbarrack@barrack.com

*Attorneys for Plaintiffs*

## ORDER

THIS MATTER comes before the Court, pursuant to Local Rule 7(f), on the Stipulated Motion For Leave To File Over-Length Briefing With Respect To Defendant's Motion To Dismiss Consolidated Class Action Complaint ("Stipulated Motion"), filed jointly by Defendants Amazon.com, Inc., Jeffrey P. Bezos, Andrew R. Jassy, Brian T. Olsavsky, David A. Zapolsky, Nate Sutton, and David Fildes, and Plaintiffs Universal-Investment-Gesellschaft mbH, Universal-Investment-Luxembourg S.A., Menora Mivtachim Insurance Ltd., Menora Mivtachim Pensions and Gemel Ltd., The Phoenix Insurance Company, Ltd., The Phoenix Provident Pension Fund Ltd., Asbestos Workers Philadelphia Welfare and Pension Fund, and Detectives Endowment Association Annuity Fund. The Stipulated Motion requests that the Court grant the parties leave to file briefing with respect to Defendants' forthcoming motion to dismiss that exceeds the standard page limitations under Local Rule 7(e).

Having reviewed the parties' Stipulated Motion, it is HEREBY ORDERED that:

The parties' Stipulated Motion is **GRANTED**. Defendants are granted leave to file an opening brief for their forthcoming motion to dismiss the Consolidated Class Action Complaint with an additional twenty-one (21) pages, for a total of forty-five (45) pages; Plaintiffs are granted leave to file an opposition brief with an additional twenty-one (21) pages, for a total of forty-five (45) pages; and Defendants are granted leave to file a reply brief with an additional ten (10) pages, for a total of twenty-two (22) pages.

**SO ORDERED.**

Dated this __8th__ day of November, 2022.

_____
THE HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT JUDGE