The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SONNY JOYCE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., ANDREW R. JASSY, JEFFREY P. BEZOS, BRIAN T. OLSAVSKY, DAVID A. ZAPOLSKY, and NATE SUTTON,<br><br>Defendants. | NO. 2:22-cv-00617-JHC<br><br>**MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY**<br><br>**NOTE ON MOTION CALENDAR: DECEMBER 9, 2022** |
| ASBESTOS WORKERS PHILADELPHIA WELFARE AND PENSION FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., ANDREW R. JASSY, BRIAN T. OLSAVSKY, and DAVID FILDES,<br><br>Defendants. | No. 2:22-cv-00934-JHC |
| DETECTIVES ENDOWMENT ASSOCIATION ANNUITY FUND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., ANDREW R. JASSY, BRIAN T. OLSAVSKY, and DAVID FILDES,<br><br>Defendants. | No. 2:22-cv-00950-JHC |

MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY
(NO. 2:22-cv-00617-JHC) - 1

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

Pursuant to Local Civil Rule 83.2(b)(1), the undersigned counsel for Consolidated Plaintiff Asbestos Workers Philadelphia Welfare and Pension Fund respectfully requests that the Court grant Bradley S. Keller and John A. Tondini leave to withdraw their appearance as counsel in this action.

This motion is for good cause.  On August 17, 2022, this Court appointed Sonny Joyce, individually and on behalf of all others similarly situated as lead plaintiffs.  *See* ECF 7. Consolidated Plaintiff Asbestos Workers Philadelphia Welfare and Pension Fund and its counsel have no representative role in the action and the putative class will be represented by lead plaintiffs and their counsel.

Please also remove Bradley S. Keller and John A. Tondini from the docket as counsel of record.

DATED this 23rd day of November, 2022.

BYRNES KELLER CROMWELL LLP

By /s/ Bradley S. Keller
Bradley S. Keller, WSBA #10665
By /s/ John A. Tondini
John A. Tondini, WSBA #19092
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
Telephone: (206) 622-2000
Facsimile: (206), 622-2522
Email: bkeller@byrneskeller.com
jtondini@byrneskeller.com
*Liaison Counsel for Consolidated Plaintiff Asbestos Workers Philadelphia Welfare and Pension Fund*

MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY
(NO. 2:22-cv-00617-JHC) - 2

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on the 23rd day of November, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel on record in the matter.

/s/ John A. Tondini
Byrnes Keller Cromwell LLP
1000 Second Avenue, 38th Floor
Seattle, WA  98104
Telephone:  (206) 622-2000
Facsimile:  (206) 622-2522
jtondini@byrneskeller.com

MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY
(NO. 2:22-cv-00617-JHC) - 3

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000