UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SONNY JOYCE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., ANDREW R. JASSY, JEFFREY P. BEZOS, BRIAN T. OLSAVSKY, DAVID A. ZAPOLSKY, and NATE SUTTON,<br><br>Defendants. | NO. 2:22-cv-00617-JHC<br><br>**ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY** |
| ASBESTOS WORKERS PHILADELPHIA WELFARE AND PENSION FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., ANDREW R. JASSY, BRIAN T. OLSAVSKY, and DAVID FILDES,<br><br>Defendants. | No. 2:22-cv-00934-JHC |
| DETECTIVES ENDOWMENT ASSOCIATION ANNUITY FUND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., ANDREW R. JASSY, BRIAN T. OLSAVSKY, and DAVID FILDES,<br><br>Defendants. | No. 2:22-cv-00950-JHC |

ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS
ATTORNEY (NO. 2:22-cv-00617-JHC) - 1

1	This matter comes before the Court on the unopposed motion for withdrawal of attorneys
2	Bradley S. Keller and John A. Tondini.  Dkt. # 78.  The Court GRANTS the motion.  Bradley S.
3	Keller and John A. Tondini are permitted to withdraw their appearance as counsel in this matter
4	for Consolidated Plaintiff Asbestos Workers Philadelphia Welfare and Pension Fund.

Dated this 6th day of December, 2022.

_____
John H. Chun
UNITED STATES DISTRICT JUDGE