The Honorable John H. Chun

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| SONNY JOYCE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., ANDREW R. JASSY, JEFFREY P. BEZOS, BRIAN T. OLSAVSKY, DAVID A. ZAPOLSKY, and NATE SUTTON,<br><br>Defendants. | Case No.: 2:22-cv-00617-JHC<br><br>CONSOLIDATED CASES<br><br>**STIPULATED MOTION AND ORDER EXTENDING TIME TO FILE AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE** |
| ASBESTOS WORKERS PHILADELPHIA WELFARE AND PENSION FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., ANDREW R. JASSY, BRIAN T. OLSAVSKY, and DAVID FILDES,<br><br>Defendants. | Case No.: 2:22-cv-00934-JHC |

**STIPULATED MOTION AND ORDER EXTENDING TIME TO FILE AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE**
Case No.: 2:22-cv-00617-JHC

| | |
|---|---|
| DETECTIVES ENDOWMENT ASSOCIATION ANNUITY FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br>   v.<br><br>AMAZON.COM, INC., ANDREW R. JASSY, BRIAN T. OLSAVSKY, and DAVID FILDES,<br><br>            Defendants. | Case No.: 2:22-cv-00950-JHC |

**STIPULATED MOTION EXTENDING
TIME TO FILE AMENDED COMPLAINT
AND SETTING BRIEFING SCHEDULE**
Case No.: 2:22-cv-00617-JHC

**STIPULATED MOTION**

Lead Plaintiffs Universal-Investment-Gesellschaft mbH, Universal-Investment-Luxembourg S.A., Menora Mivtachim Insurance Ltd., Menora Mivtachim Pensions and Gemel Ltd., The Phoenix Insurance Company, Ltd., and The Phoenix Provident Pension Fund Ltd., with named plaintiffs Asbestos Workers Philadelphia Welfare and Pension Fund and Detectives Endowment Association Annuity Fund (collectively, "Plaintiffs"), and Defendants Amazon.com., Inc., Jeffrey P. Bezos, Andrew R. Jassy, Brian T. Olsavsky, David A Zapolsky, Nate Sutton and David Fildes ("Defendants," and together with Plaintiffs, the "Parties"), respectfully request that the Court enter the proposed order providing for a revised deadline for Plaintiffs to file their Second Consolidated Amended Complaint until February 6, 2024 and setting a schedule that has been agreed-upon by the Parties for subsequent briefing deadlines if Defendants file a motion to dismiss (set forth below).

In support of this request, the Parties state as follows:

**WHEREAS,** on September 20, 2022, Plaintiffs filed their Consolidated Class Action Complaint ("Consolidated Complaint") (ECF No. 70);

**WHEREAS,** on November 21, 2022, Defendants moved to dismiss the Consolidated Complaint ("Motion," ECF Nos. 75-76) and the Motion was fully briefed as of March 6, 2023 (ECF Nos. 82-85);

**WHEREAS**, on December 4, 2023, this Court entered its order on the Motion ("Order," ECF No. 92);

**WHEREAS**, in the Order, the Court dismissed the Consolidated Complaint with leave to replead, granting "Plaintiffs leave until January 16, 2024 to file a second Consolidated Amended Complaint" (Order at 40);

**WHEREAS**, the Parties have met and conferred and agree that a three-week extension to the current deadline for filing of a Second Consolidated Amended Complaint is warranted, after considering the pre-existing obligations of Plaintiffs and their counsel and the upcoming holiday season;

**STIPULATED MOTION AND ORDER
EXTENDING TIME TO FILE AMENDED
COMPLAINT AND SETTING BRIEFING
SCHEDULE**
Case No.: 2:22-cv-00617-JHC

**WHEREAS**, the Parties have also agreed, subject to the Court's approval, to set a schedule for subsequent briefing deadlines to Defendants' anticipated motion to dismiss the Second Consolidated Amended Complaint.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and among the Parties, through their respective counsel of record, and subject to Court approval, as follows:

1. Plaintiffs shall file the Second Consolidated Amended Complaint by Tuesday, February 6, 2024.

2. Defendants shall move to dismiss or file their answer to the Second Consolidated Amended Complaint by Monday, April 15, 2024.

3. Plaintiffs shall file their opposition to any motion by Defendants to dismiss the Second Consolidated Amended Complaint by Friday, June 14, 2024.

4. Defendants shall file a reply brief in support of any motion to dismiss by Monday, July 29, 2024.

Stipulated and respectfully submitted this 13th day of December, 2023.

Respectfully submitted,

| | |
|---|---|
| **BRESKIN, JOHNSON & TOWNSEND, PLLC** | **FENWICK & WEST LLP** |
| */s/ Roger M. Townsend*<br>Roger M. Townsend (WSBA #25525)<br>rtownsend@bjtlegal.com<br>1000 Second Avenue, Suite 3670<br>Seattle, WA 98104<br>Telephone: (206) 652-8660<br>Facsimile: (206) 652-290<br><br>*Local Counsel for Lead Plaintiffs*<br><br>**MOTLEY RICE LLC**<br>Gregg S. Levin<br>glevin@motleyrice.com<br>William S. Norton<br>bnorton@motleyrice.com<br>Joshua C. Littlejohn<br>jlittlejohn@motleyrice.com<br>Christopher F. Moriarty<br>cmoriarty@motleyrice.com | */s/ Brian D. Buckley*<br>Brian D. Buckley, WSBA No. 26423<br>1191 Second Avenue, 10th Floor<br>Seattle, WA 98101<br>Telephone: 206.389.4510<br>Email: bbuckley@fenwick.com<br><br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>Daniel J. Kramer<br>Audra J. Soloway<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Telephone: 212.373.3000<br>Email: dkramer@paulweiss.com<br>      asoloway@paulweiss.com<br><br>Martha L. Goodman<br>2001 K Street NW<br>Washington, DC 20006<br>Telephone: 202.223.7341<br>Email: mgoodman@paulweiss.com |

28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450

*Counsel for Defendants*

*Co-Lead Counsel for Lead Plaintiffs and the Class*

**POMERANTZ LLP**
Jeremy A. Lieberman
jalieberman@pomlaw.com
Emma Gilmore
egilmore@pomlaw.com
Dolgora Dorzhieva
ddorzhieva@pomlaw.com
Villi Shteyn
vshteyn@pomlaw.com
600 Third Avenue
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665

Orly Guy
oguy@pomlaw.com
Eitan Lavie
eitan@pomlaw.com
Ariel Shannon 4, 34th Floor
Givatayim, Israel 5320047
Telephone: +972 (0) 3 624 0240
Facsimile: +972 (0) 3 624 0111

*Co-Lead Counsel for Lead Plaintiffs and the Class*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
James A. Harrod
Jim.Harrod@blbglaw.com
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

*Additional Counsel*

1  **BARRACK, RODOS & BACINE**
   Stephen R. Basser
2  sbasser@barrack.com
   Samuel M. Ward
3  sward@barrack.com
4  600 West Broadway, Suite 900
   San Diego, CA 92101
5  Telephone: (619) 230-0800
   Facsimile: (619) 230-1874
6

7  Jeffrey A. Barrack
   jbarrack@barrack.com
8  3300 Two Commerce Square
9  2001 Market Street
   Philadelphia, PA 19103
10 Telephone: (215) 963-0600
   Facsimile: (215) 963-0838
11

12 *Counsel for the Detectives Endowment
   Association Annuity Fund*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 | **STIPULATED MOTION EXTENDING** | 4
   | **TIME TO FILE AMENDED COMPLAINT**
   | **AND SETTING BRIEFING SCHEDULE**
   | Case No.: 2:22-cv-00617-JHC

# ORDER

THIS MATTER came before the Court on the Stipulated Motion Extending Time To File Amended Complaint and Setting Briefing Schedule ("Stipulated Motion"), filed jointly by Lead Plaintiffs Universal-Investment-Gesellschaft mbH, Universal-Investment-Luxembourg S.A., Menora Mivtachim Insurance Ltd., Menora Mivtachim Pensions and Gemel Ltd., The Phoenix Insurance Company, Ltd., and The Phoenix Provident Pension Fund Ltd., with named plaintiffs Asbestos Workers Philadelphia Welfare and Pension Fund and Detectives Endowment Association Annuity Fund (collectively, "Plaintiffs"), and Defendants Amazon.com., Inc., Jeffrey P. Bezos, Andrew R. Jassy, Brian T. Olsavsky, David A Zapolsky, Nate Sutton and David Fildes, ("Defendants," and together with Plaintiffs, the "Parties").

Having reviewed the Parties' Stipulated Motion and for good cause shown, the Court hereby GRANTS the Stipulated Motion and set forth the following schedule:

1. Plaintiffs shall file the Second Amended Consolidated Complaint on Tuesday, February 6, 2024.

2. Defendants shall move to dismiss or file their answer to the Second Consolidated Amended Complaint on Monday, April 15, 2024.

3. Plaintiffs shall file their opposition to any motion by Defendants to dismiss the Second Consolidated Amended Complaint on Friday, June 14, 2024.

4. Defendants shall file a reply brief in support of any motion to dismiss on Monday, July 29, 2024.

**IT IS SO ORDERED.**

DATED this 13th day of December, 2023.

_____
THE HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT JUDGE