UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SONNY JOYCE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., ANDREW R. JASSY, JEFFREY P. BEZOS, BRIAN T. OLSAVSKY, DAVID A. ZAPOLSKY, NATE SUTTON, DAVE CLARK, JEFF WILKE, and DOUG HERRINGTON,<br><br>Defendants. | Case No.: 2:22-cv-00617-JHC<br><br>(CONSOLIDATED CASE)<br><br>**STIPULATED MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEFING WITH RESPECT TO DEFENDANTS' MOTION TO DISMISS SECOND CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>**NOTED ON MOTION CALENDAR: APRIL 8, 2024**<br><br>Case No.: 2:22-cv-00934-JHC |
| ASBESTOS WORKERS PHILADELPHIA WELFARE AND PENSION FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., ANDREW R. JASSY, BRIAN T. OLSAVSKY, DAVID FILDES, DAVE CLARK, JEFF WILKE, and DOUG HERRINGTON,<br><br>Defendants. | |

STIPULATED MOTION TO FILE OVER-
LENGTH BRIEFING
CASE NO.: 2:22-CV-00617-JHC

| | |
|---|---|
| DETECTIVES ENDOWMENT ASSOCIATION ANNUITY FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC., ANDREW R. JASSY, BRIAN T. OLSAVSKY, DAVID FILDES, DAVE CLARK, JEFF WILKE, and DOUG HERRINGTON.<br><br>            Defendants. | Case No.: 2:22-cv-00950-JHC |

Pursuant to Local Rule 7(f), the parties respectfully request that the Court grant leave to file over-length briefing in connection with Defendants' forthcoming motion to dismiss the Second Consolidated Class Action Complaint ("Complaint") (Dkt. No. 95).

Plaintiffs' 252-page Complaint asserts claims for alleged violations of Section 10(b) of the Exchange Act and Section 20(a) of the Exchange Act. The 769 paragraphs in the Complaint alleges dozens of misrepresentations and omissions concerning Amazon's relationship with third-party sellers and the capacity of Amazon's fulfillment network against 10 Defendants (including 3 new Individual Defendants).

In anticipation of Defendants' motion to dismiss, counsel for the parties met and conferred regarding the appropriate number of words for the parties to adequately brief that motion. Given the breadth and complexity of the allegations, claims, and legal arguments involved, the parties agree and submit that the standard word limits under Local Rule 7(e) will not allow the parties to adequately cover all of the issues. Accordingly, the parties respectfully request that the Court modify the word limitations for the briefing associated with Defendants' forthcoming motion to dismiss as follows:

| Briefing | Additional words requested | Total word limit |
|---|---|---|
| Defendants' opening brief | 1,400 | 9,800 |
| Plaintiffs' opposition brief | 1,400 | 9,800 |
| Defendants' reply brief | 700 | 4,900 |

| | | |
|---|---|---|
| 1 | Dated: April 8, 2024 | Respectfully submitted, |
| 2 | **BRESKIN, JOHNSON & TOWNSEND, PLLC** | **FENWICK & WEST LLP** |

/s/ Roger M. Townsend
Roger M. Townsend WSBA No. 25525
rtownsend@bjtlegal.com
1000 Second Avenue, Suite 3670
Seattle, WA 98104
Telephone: (206) 652-8660
Facsimile: (206) 652-290

*Local Counsel for Lead Plaintiffs*

**MOTLEY RICE LLC**
Gregg S. Levin
glevin@motleyrice.com
William S. Norton
bnorton@motleyrice.com
Joshua C. Littlejohn
jlittlejohn@motleyrice.com
Christopher F. Moriarty
cmoriarty@motleyrice.com
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450

*Co-Lead Counsel for Lead Plaintiffs and the Class*

**POMERANTZ LLP**
Jeremy A. Lieberman
jalieberman@pomlaw.com
Emma Gilmore
egilmore@pomlaw.com
Dolgora Dorzhieva
ddorzhieva@pomlaw.com
Villi Shteyn
vshteyn@pomlaw.com
600 Third Avenue
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665

Orly Guy
oguy@pomlaw.com
Eitan Lavie
eitan@pomlaw.com

/s/ Brian D. Buckley
Brian D. Buckley, WSBA No. 26423
401 Union Street, 5th Floor
Seattle, WA 98101
Telephone: 206.389.4510
bbuckley@fenwick.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Daniel J. Kramer (admitted *pro hac vice*)
Audra J. Soloway (admitted *pro hac vice*)
Alison R Benedon (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019
Telephone: 212.373.3000
dkramer@paulweiss.com
asoloway@paulweiss.com
abenedon@paulweiss.com

Martha L. Goodman (admitted *pro hac vice*)
2001 K Street NW
Washington, DC 20006
Telephone: 202.223.7341
mgoodman@paulweiss.com

*Counsel for Defendants*

Ariel Shannon 4, 34th Floor
Givatayim, Israel 5320047
Telephone: +972 (0) 3 624 0240
Facsimile: +972 (0) 3 624 0111

*Co-Lead Counsel for Lead Plaintiffs and the Class*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
James A. Harrod
Jim.Harrod@blbglaw.com
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

*Additional Counsel*

**BARRACK, RODOS & BACINE**
Stephen R. Basser
sbasser@barrack.com
Samuel M. Ward
sward@barrack.com
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874

Jeffrey A. Barrack
jbarrack@barrack.com
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
Facsimile: (215) 963-0838

*Counsel for the Detectives Endowment Association Annuity Fund*

STIPULATED MOTION TO FILE OVER-LENGTH BRIEFING
CASE NO.: 2:22-CV-00617-JHC

- 4 -

## ORDER

THIS MATTER comes before the Court, pursuant to Local Rule 7(f), on the Stipulated Motion For Leave To File Over-Length Briefing With Respect To Defendant's Motion To Dismiss Second Consolidated Class Action Complaint ("Stipulated Motion"), filed jointly by the parties. The Stipulated Motion requests that the Court grant the parties leave to file briefing with respect to Defendants' forthcoming motion to dismiss that exceeds the standard word limitations under Local Rule 7(e).

Having reviewed the parties' Stipulated Motion, it is HEREBY ORDERED that:

The parties' Stipulated Motion is **GRANTED**. Defendants are granted leave to file an opening brief with an additional 1,400 words, for a total of 9,800 words; Plaintiffs are granted leave to file an opposition brief with an additional 1,400 words, for a total of 9,800 words; and Defendants are granted leave to file a reply brief with an additional 700 words, for a total of 4,900 words.

**SO ORDERED.**

Dated this 8th day of April, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE