# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| SONNY JOYCE, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>      v.<br><br>AMAZON.COM, INC., ANDREW R. JASSY, JEFFREY P. BEZOS, BRIAN T. OLSAVSKY, DAVID A. ZAPOLSKY, and NATE SUTTON,<br><br>                Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. 2:22-cv-00617 |
| ASBESTOS WORKERS PHILADELPHIA WELFARE AND PENSION FUND, on behalf of itself and all others similar situated,<br><br>                Plaintiff,<br><br>      v.<br><br>AMAZON.COM, INC., ANDREW R. JASSY, BRIAN T. OLSAVSKY, DAVID FILDES, DAVE CLARK, JEFF WILKE, and DOUG HERRINGTON,<br><br>                Defendants. | |

| | |
|---|---|
| DETECTIVES ENDOWMENT ASSOCIATION ANNUITY FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>   v.<br><br>AMAZON.COM, INC., ANDREW R. JASSY, BRIAN T. OLSAVSKY, DAVID FILDES, DAVE CLARK, JEFF WILKE, and DOUG HERRINGTON,<br><br>               Defendants. | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

     Defendant's Motion to Dismiss, Dkt. # 104, has been GRANTED and Plaintiffs' Second Amended Complaint is DISMISSED with prejudice for failure to state a claim upon which relief can be granted. Fed. R. Civ. P. 12(b)(6). This case is closed.

     Dated March 17, 2024.

                                            Ravi Subramanian
                                            Clerk of Court

                                            /s/Ashleigh Drecktrah
                                            Deputy Clerk