THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| SONNY JOYCE, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br>  v.<br><br>AMAZON.COM, INC., ANDREW R. JASSY, JEFFREY P. BEZOS, BRIAN T. OLSAVSKY, DAVID A. ZAPOLSKY, NATE SUTTON, DAVE CLARK, JEFF WILKE, and DOUG HERRINGTON,<br><br>      Defendants. | Case No.: 2:22-cv-00617-JHC<br><br>**NOTICE OF APPEAL** |
| ASBESTOS WORKERS PHILADELPHIA WELFARE AND PENSION FUND, on behalf of itself and all others similarly situated,<br><br>      Plaintiff,<br>  v.<br><br>AMAZON.COM, INC., ANDREW R. JASSY, BRIAN T. OLSAVSKY, DAVID FILDES, DAVE CLARK, JEFF WILKE, and DOUG HERRINGTON,<br><br>      Defendants. | Case No.: 2:22-cv-00934-JHC<br><br>**NOTICE OF APPEAL** |

| | |
|---|---|
| DETECTIVES ENDOWMENT ASSOCIATION ANNUITY FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br>   v.<br><br>AMAZON.COM, INC., ANDREW R. JASSY, BRIAN T. OLSAVSKY, DAVID FILDES, DAVE CLARK, JEFF WILKE, and DOUG HERRINGTON,<br><br>                Defendants. | Case No.: 2:22-cv-00950-JHC<br><br>**NOTICE OF APPEAL** |

**PLEASE TAKE NOTICE** that Lead Plaintiffs Universal-Investment-Gesellschaft mbH, Universal-Investment-Luxembourg S.A., Menora Mivtachim Insurance Ltd., Menora Mivtachim Pensions and Gemel Ltd., The Phoenix Insurance Company, Ltd., and The Phoenix Provident Pension Fund Ltd. (collectively, "Lead Plaintiffs"), together with named plaintiffs Asbestos Workers Philadelphia Welfare and Pension Fund and Detectives Endowment Association Annuity Fund, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Judgment of the District Court dated March 17, 2025 [Docket No. 116] in Case No.: 2:22-cv-00617-JHC.

DATED: April 14, 2025                    Respectfully submitted,

By:    **TOWNSEND LEGAL, PLLC**
        */s/ Roger M. Townsend*
        Roger M. Townsend (WSBA #25525)
        roger@townsendlegal.com
        380 Winslow Way, Suite 200
        Bainbridge Island, WA 98110
        Telephone: (206) 761-2480
        Facsimile: (206) 455-9555

*Local Counsel for Lead Plaintiffs*

| | |
|---|---|
| **MOTLEY RICE LLC**<br>*/s/ Gregg S. Levin*<br>Gregg S. Levin<br>glevin@motleyrice.com<br>William S. Norton | **POMERANTZ LLP**<br>*/s/ Jeremy A. Lieberman*<br>Jeremy A. Lieberman<br>jalieberman@pomlaw.com<br>Emma Gilmore |

| | |
|---|---|
| bnorton@motleyrice.com<br>Joshua C. Littlejohn<br>jlittlejohn@motleyrice.com<br>Christopher F. Moriarty<br>cmoriarty@motleyrice.com<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC  29464<br>Telephone:  (843) 216-9000<br>Facsimile:  (843) 216-9450<br><br>*Co-Lead Counsel for Lead Plaintiffs and the Class* | egilmore@pomlaw.com<br>Villi Shteyn<br>vshteyn@pomlaw.com<br>600 Third Avenue<br>New York, NY  10016<br>Telephone:  (212) 661-1100<br>Facsimile:  (212) 661-8665<br><br>Orly Guy<br>oguy@pomlaw.com<br>Eitan Lavie<br>eitan@pomlaw.com<br>Ariel Shannon 4, 34th Floor<br>Givatayim, Israel 5320047<br>Telephone:  +972 (0) 3 624 0240<br>Facsimile:  +972 (0) 3 624 0111<br><br>*Co-Lead Counsel for Lead Plaintiffs and the Class* |
| **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**<br><br>*/s/ James A. Harrod*<br>James A. Harrod<br>jim.harrod@blbglaw.com<br>1251 Avenue of the Americas<br>New York, NY  10020<br>Telephone:  (212) 554-1400<br>Facsimile:  (212) 554-1444<br><br>*Additional Counsel, and Counsel for Asbestos Workers Philadelphia Welfare and Pension Fund* | **BARRACK, RODOS & BACINE**<br><br>*/s/ Stephen R. Basser*<br>Stephen R. Basser<br>sbasser@barrack.com<br>Samuel M. Ward<br>sward@barrack.com<br>600 West Broadway, Suite 900<br>San Diego, CA  92101<br>Telephone:  (619) 230-0800<br>Facsimile:  (619) 230-1874<br><br>Jeffrey A. Barrack<br>jbarrack@barrack.com<br>3300 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA  19103<br>Telephone:  (215) 963-0600<br>Facsimile:  (215) 963-0838<br><br>*Counsel for the Detectives Endowment Association Annuity Fund* |